

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Number: 10-31279 |
| Chad E. and Lisa A. Blanton, | ) | Chapter 7 |
| Debtors. | ) | JUDGE MARY ANN WHIPPLE |

## REPORT OF DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that attached is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

Check number 120 in the amount of $12.86 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

December 6, 2010

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129

# DIVIDENDS REMITTED TO THE COURT
Check Number 120 Dated 12/06/10
Case Number 10-31279 - BLANTON, CHAD E

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ROBERT MORRIS ENTERPRISES<br>PO BOX 773<br>MAUMEE, OH 43537-0773<br>    ****8542/RM2721 | 000009 | 189.03 | 3.83 |
| GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605<br>    FINAL DISTRIBUTION - ****3313 | 000012 | 205.87 | 4.17 |
| DEFIANCE CLINIC<br>PO BOX 218<br>DEFIANCE, OH 43512<br>    FINAL DISTRIBUTION - 19-82321 | 000014 | 26.23 | 0.53 |
| FIELDSTONE ASSET MANAGEMENT LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587<br>    FINAL DISTRIBUTION - ****6520 | 000019 | 213.63 | 4.33 |
| ---------- Remittance Total --------------- | | 634.76 | 12.86 |

/s/ Louis J. Yoppolo
LOUIS J. YOPPOLO, Trustee